IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

vs.  CASE NOS. 5:08-cr-28/RS
  5:11-cv-344/RS-EMT

**EULADIO SANTIAGO, JR.,**

_____ /

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 91) and the Defendant's Objections (Doc. 94). I have considered the objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Government's Motion to Dismiss Defendant's §2255 motion (Doc. 79) is **GRANTED**.

3. Defendant's Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 77) is **DISMISSED** as untimely.

4. A certificate of appealability is **DENIED** because Petitioner has not made a substantial showing of a denial of a constitutional right.

**ORDERED** on April 25, 2012.

                                                                    <u>/S/ Richard Smoak</u>
                                                                    **RICHARD SMOAK**
                                                                    **UNITED STATES DISTRICT JUDGE**